JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MIGUEL VALENCIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | No. CR-S-08-123 GEB |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER TO CONTINUE |
| | ) | SENTENCING |
| MIGUEL VALENCIA, | ) | |
| | ) | Date: December 9, 2011 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jason Hitt, Assistant United States Attorney, together with counsel for defendant Miguel Valencia, John Manning, Esq., that the sentencing presently set for November 18, 2011, be **continued to December 9, 2011, at 9:00 a.m.,** thus **vacating** the presently set sentencing. The parties and United States Probation hereby requests that the court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| **Judgment and Sentencing date:** | **12/9/11** |
| Reply, or Statement of Non-Opposition: | 12/2/11 |
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 11/28/11 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 11/18/11 |

-1-

| | | |
|---|---|---|
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | | 11/11/11 |
| The proposed Presentence Report shall be disclosed to Counsel no later than: | | N/A |

Respectfully submitted,

Dated: October 27, 2011  /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Miguel Valencia

Dated: October 27, 2011  BENJAMIN B. WAGNER
United States Attorney

/s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MIGUEL VALENCIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. CR-S-08-123 GEB |
| Plaintiff, | ) |
| | ) (Proposed) ORDER |
| v. | ) |
| | ) Date: December 9, 2011 |
| MIGUEL VALENCIA, | ) Time: 9:15 a.m. |
| | ) Judge: Hon. Garland E. Burrell, Jr. |
| Defendant. | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the sentencing for MIGUEL VALENCIA, presently set for November 18, 2011, at 9:00 a.m. be continued to December 9, 2011, at 9:00 a.m.

**Date: 11/1/2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge