UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERCIA, | No. 2:08-cr-00123-GEB |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| SERAFIN HERNANDEZ GONZALEZ, | |
| Defendant. | |

This order clarifies that the "new law violation" that I adjudged Serafin Hernandez Gonzalez to have committed at the conclusion of the supervised release evidentiary hearing held on November 8, 2013, when I found he committed charge 1 in the Petition, is the misdemeanor crime prescribed in California Penal Code Section 71.

Dated: November 14, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge

1